# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No.2:18-cv-13910-TGB-MKM |
| v. | ) |
| BILL KARWOSKI | ) |
| Defendant. | ) |

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE ON DEFENDANT BILL KARWOSKI

THIS CAUSE came before the Court upon Plaintiff's Motion for Alternate Service on Defendant John Karwoski the ("Motion"), pursuant to Fed. R. Civ. P. 4, and Michigan Court Rule 2.105-2.106. This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. The Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff is permitted to serve Defendant Karwoski by alternate service, including posting a summons and copy of the Amended Complaint at his last known address and sending a copy by registered or certified mail, return receipt requested, and delivery restricted to the addressee at the last known address, 405 Fenwick Street, Holly, MI 48442.

3. Plaintiff shall have twenty-one (21) days from the date of this Order to serve Defendant Karwoski by alternate service.

4. Defendant shall have twenty-one (21) days from acknowledgement of the receipt of mail to file an Answer or other responsive pleading with this Court.

5. If the Defendant fails to do so, he will be subject to Default.

/s/Terrence G. Berg  
TERRENCE G. BERG  
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2019