UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 68.48.185.239; AND BILL KAROWSKI, <br><br> Defendants. | 2:18-CV-13910-TGB <br><br> ORDER <br><br> HONORABLE TERRENCE G. BERG |

## **ORDER OF DISMISSAL**

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

DATED this 30th day of October, 2019.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge